FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 26 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAWONDA BROWN                                                              PLAINTIFF

V.                        CASE NO.: 4:18-cv-00067 SWW

JACOB HEINZ, RUAN LOGISTICS CORPORATION,
RUAN INCORPORATED, KIEWIT INFRASTRUCTURE
SOUTH COMPANY, and John Doe 1, John Doe 2,
John Doe 3, John Doe 4, John Doe 5, John Doe 6                              DEFENDANTS

This case assigned to District Judge  WRIGHT
and to Magistrate Judge  VOLPE

## JOINT NOTICE OF REMOVAL

COME now defendants, Jacob Heinz, Kiewit Infrastructure South Company ("Kiewit"), Ruan Logistics Corporation, and Ruan Incorporated, and hereby remove to this Court the action captioned as *Shawonda Brown, Plaintiff v. Jacob Heinz, Ruan Logistics Corporation, Ruan Incorporated, Kiewit Infrastructure South Company, and John Does 1 - 6, Defendants,* Case No. 60CV-17-7491, on the docket of the Circuit Court of Pulaski County, Arkansas.

In support of their Notice of Removal, defendants respectfully allege:

1.      On December 22, 2017, plaintiff initiated the above-captioned lawsuit by filing a Complaint in the Circuit Court of Pulaski County, Arkansas. A copy of all process, pleadings, orders and other papers on file in the state court action is attached as "Exhibit A" hereto.

2.      On December 28, 2017, a copy of the Complaint and a Summons were served on separate defendant Kiewit via its Registered Agent for Service of Process in Arkansas. On January 22, 2018, a copy of the Complaint and a Summons were served on attorney Jeffrey W. Puryear via Certified Mail as authorized agent for service in this case for separate defendant Jacob Heinz. This

notice of removal is filed within thirty (30) days after receipt of said documents, and is therefore timely under 28 U.S.C. § 1446(b).

3. On December 28, 2017, a copy of the Complaint and a Summons were served on separate defendants Ruan Logistics Corporation and Ruan Incorporated via their Registered Agent for Service of Process in Arkansas. This notice of removal is filed within thirty (30) days after receipt of said documents, and is therefore timely under 28 U.S.C. § 1446(b).

4. Removal to the Western Division of the United States District Court for the Eastern District of Arkansas is proper under 28 U.S.C. § 1441 because the Western Division embraces the place where the state court action is pending.

5. This Court has jurisdiction under 28 U.S.C. § 1332(a), because this lawsuit is an action between citizens of different states, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

6. Plaintiff is a citizen of the state of Arkansas and resides in Scott, Pulaski County, Arkansas.

7. Separate defendant Jacob Heinz is a citizen of the state of Michigan both currently and at the time the Complaint was filed.

8. Separate defendant Kiewit is a Delaware corporation with its principal place of business in Omaha, Nebraska.

9. Separate defendant Ruan Logistics Corporation is an Iowa corporation with its principal place of business in Des Moines, Iowa.

10. Separate defendant Ruan Incorporated is an Iowa corporation with its principal place of business in Des Moines, Iowa.

11. Pursuant to 28 U.S.C. § 1441(b)(1), in determining whether a civil action is removable on the basis of diversity of citizenship jurisdiction under 28 U.S.C. § 1332(a), the citizenship of defendants sued under fictitious names, such as the John Doe defendants here, shall be disregarded.

12. In the *ad damnum* clause of the Complaint, Plaintiff specifically prays for judgment "in excess of the minimum diversity jurisdiction requirement of $75,000.00." Compl. at 8-9.

13. Thus, complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

14. Defendants are filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Pulaski County, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, defendants Jacob Heinz, Kiewit Infrastructure South Company, Ruan Logistics Corporation, and Ruan Incorporated, request that the above captioned lawsuit be removed from the Circuit Court of Pulaski County, Arkansas to the United States District Court for the Eastern District of Arkansas, Western Division.

Respectfully submitted,

Jeffrey W. Puryear (93109)
Ryan M. Wilson (2008206)
WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
(870) 932-0900
rwilson@wpmfirm.com

By: /s/ Ryan M. Wilson
    *Attorneys for Separate Defendants,
    Jacob Heinz and Kiewit Infrastructure
    South Company*

- and -

Keith M. McPherson (91194)
WATTS, DONOVAN & TILLEY, P.A.
200 River Market Ave., Ste. 200
Little Rock, AR 72201-1769
(501) 372-1406
(501) 372-1209 fax
Keith.mcpherson@wdt-law.com

By: /s/ Keith M. McPherson
    *Attorneys for Separate Defendants,*
    *Ruan Logistics Corporation and*
    *Ruan Incorporated*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of January, 2018, the above and foregoing pleading was electronically filed with the Court's CM/ECF system, which will send notification of same to the following attorneys of record:

Jordan "JP" Phillips
Taylor King Law
320 Main Street
Arkadelphia, Arkansas 71923
(870) 246-0505
jpphillips@taylorkinglaw.com
    *Attorney for plaintiff*


Keith M. McPherson
WATTS, DONOVAN & TILLEY, P.A.
200 River Market Ave., Ste. 200
Little Rock, AR 72201-1769
(501) 372-1406
(501) 372-1209 fax
Keith.mcpherson@wdt-law.com
    *Attorneys for Ruan Logistics Corporation*
    *and Ruan Incorporated*

                                  /s/ Ryan M. Wilson
                                  Ryan M. Wilson