**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS  72201

**JAMES W. McCORMACK**  (501)604-5351
    **CLERK**

March 13, 2018

*Via Certified Mail: 7015 3010 0001 4595 7510*

Larry Crane
Pulaski County Circuit Court Clerk
401 W. Markham St., Suite 100
Little Rock, Arkansas 72201

    Re:    Brown v. Heinz et al
           U.S. District Court Eastern District of Arkansas case no. 4:18-cv-00067-SWW
           Pulaski County Circuit Court case no. 60CV-17-07491

Dear Mr. Crane:

    Attached is a certified copy of an Order dated March 13, 2018, signed by Judge Susan Webber Wright, which remands the above-styled matter to Pulaski County Circuit Court.  Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pulaski County Circuit Court.

    If you have any questions regarding this matter, please call me at 501-604-5355.

                              Sincerely,

                              JAMES W. McCORMACK, CLERK

                        By     /s/ Crystal Newton
                              Deputy Clerk

Enclosures